Opinion filed February 19, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed February 19, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-08-00314-CV

                                                    __________

 

                              WILLIAM HAROLD AGNEW, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 350th District Court

 

                                                          Taylor
County, Texas

 

                                                  Trial
Court Cause No. 08470-D

 



 

                                             M
E M O R A N D U M   O P I N I O N

William
Harold Agnew has filed in this court a motion to dismiss his appeal.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

February 19,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.